## Ex parte BRYANT.

AT the last term, the Grand Jury presented an indictment against *William Bryant*, *billa vera*. A *capias* issued, and he was apprehended and gave bail, with sureties for his personal appearance at this term.

It is a sufficient return to a *habeas corpus ad prosequendum*, directed to a sheriff as chief keeper of the gaol, to bring his prisoner into Court, " that the prisoner is sick and languishing, and cannot be removed without endangering his life;" but such return must in future be accompanied with affidavits of visiting physicians.

On motion of the State Attorney, the crier was proceeding to call the principal; when

*Keyes,* for the sureties, suggested to the Court, that *Bryant* was a prisoner for debt in *Woodstock* gaol, *Windsor* County, and he moved for a writ of *habeas corpus* to bring him into Court for trial in discharge of the recognisance.

The Court ordered a writ of *habeas corpus ad prosequendum* to issue, directed to the sheriff of *Windsor* County, as keeper in chief of that prison.

The sheriff of *Windsor* County returned, that the prisoner was in his custody, but sick and languishing, so that he could not be removed without endangering his life, and therefore prayed to be in mercy for not obeying the writ.

The State Attorney objected to the validity of the return, and moved for a rule upon the sheriff for a contempt.

*Sed per Curiam.* The return is satisfactory to the Court. If the prisoner be dangerously sick, it is a sufficient reason why he should not have been removed; but a return of this nature, it is expected, will in future be accompanied with affidavits of physicians, that the Court may judge whether the bodily indisposition of the prisoner be so great as to justify the sheriff in his disobedience to the writ.

The State Attorney now renewed his motion to estreat the bonds.

*Sed per Curiam.* Let the cause be continued until the next term; and in the interim the bail may have a new writ to bring the prisoner into Court.

<div style="text-align:right">Ex parte<br>Bryant.</div>

*William C. Harrington*, for the State.
*Elnathan Keyes*, for the sureties.